**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J. GREGORY SIDAK, )<br>)<br>          *Plaintiff* )<br>)<br>v. )<br>)<br>U.S. INTERNATIONAL TRADE )<br>COMMISSION, et al. )<br>)<br>          *Defendants* )<br>) | **Civil Action No.:** |

## ERRATA

Plaintiff J. Gregory Sidak, by and through his attorneys, submits this Errata to add the addresses for party defendants in his Complaint (Redacted). The corrected document is attached.

February 7, 2023

Respectfully submitted,

/s/ *Christopher Landau*
Christopher Landau (425319)
Patrick F. Philbin (453620)
John V. Coghlan (1020405)
ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6900
clandau@egcfirm.com
pphilbin@egcfirm.com
jcoghlan@egcfirm.com

*Counsel for J. Gregory Sidak*

1